IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02927-BCL-tmp |
| | ) | |
| FEDERAL EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR
CERTIFICATE OF APPEALABILITY**

The Court is in receipt of Defendant Federal Express's ("FedEx") Motion for Certificate of Appealability (Doc. 42) under 28 U.S.C. § 1292. The Motion is **DENIED** for two reasons. First, Defendant's motion is premised on a legal issue currently governed by binding precedent, as the Court noted in its Order denying summary judgment. Hope that the Sixth Circuit might backtrack on its binding precedent, returning to the approach taken in the earlier cases Defendant cites, is not a "substantial ground for difference of opinion," even if that backtracking might eventually happen. 28 U.S.C. § 1292(b); *U.S. ex rel. Elliott v. Brickman Grp. Ltd., LLC*, 845 F. Supp. 2d 858, 863–64 (S.D. Ohio 2012) (*citing Kraus v. Bd. of Cnty. Road Comm'rs of the Cnty. of Kent,* 364 F.2d 919, 922 (6th Cir. 1966).

Second, an interlocutory appeal at this point would not "materially advance the outcome of the litigation." 28 U.S.C. § 1292(b); *W. Tenn. Chapter of Assoc. Builders & Contractors, Inc. v. City of Memphis*, 138 F.Supp.2d 1015, 1026 (W.D.Tenn.2000). We are not at the threshold of this litigation; rather, trial-related proceedings are all that remain. For confirmation, consider that

Defendant asks the Court to stay the trial pending disposition of any interlocutory appeal. But the more efficient thing to do at this point is to deny the Motion and allow Defendant to take its appeal, if needed, after the trial has concluded. *See In re Regions Morgan Keegan ERISA Litig.*, 741 F. Supp. 2d 844, 851 (W.D. Tenn. 2010). For both of these independently sufficient reasons, the Motion is **DENIED**.

**<u>CONCLUSION</u>**

For the foregoing reasons, Defendant FedEx's Motion for Certificate of Appealability (Doc. 42) is **DENIED**.

**SO ORDERED**, this 26th day of May, 2026.

_s/Brian C. Lea_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE